**Electronically Filed
Supreme Court
SCWC-29993
09-MAR-2011
09:18 AM**

SCWC-29993

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. TIERNEY, Petitioner/Defendant-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29993; CR. NO. 08-1-0869)

ORDER
(By: Nakayama, J. for the court[1])

It appearing that the application for a writ of certiorari, filed on January 27, 2011, was rejected on March 7, 2011,

IT IS HEREBY ORDERED that the motion for appointment of counsel, filed on January 27, 2011, and the motion for release, filed on January 31, 2011, are dismissed.

DATED:  Honolulu, Hawai'i, March 9, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Pollack, assigned by reason of vacancy.